REPORT FOLLOWING
VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:23-cv-00457 | Carpenter v. Qdoba Restaurant Corporation | 09/06/2024 |

**PARTIES**                    **Attendees**

| Name | On Behalf Of |
|---|---|
| Ansel Carpenter | Plaintiff |
| Olivia Wright | Plaintiff |
| Sanjay Shastri | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Robert Anthony Alvarez, Sr. | Plaintiffs |
| Spencer M. Mainka | Defendant |
| Lu Pham | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:    ✔ Case settled in full - Final paperwork will be filed by:
          ☐ Mediation continuing - Date of Next Session
          ☐ Not settled - Mediation Completed

Dated: September 6, 2024            /s/ Dean F. Pacific
                                    Dean F. Pacific
                                    Mediator

Rev'd 8/2005