UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANSEL CARPENTER and
OLIVIA WRIGHT,

    Plaintiffs,

v.

QDOBA RESTAURANT
CORPORATION, et al.,

    Defendant.

Hon. Ray Kent

Case No: 1:23-cv-457

| | |
|---|---|
| AVANTI LAW GROUP, PLLC<br>Robert Anthony Alvarez (P66954)<br>Victor M. Jimenez Jr.<br>Attorneys for Plaintiff<br>600 28th St. SW<br>Wyoming, MI  49509<br>(616) 257-6807<br>vjimenez@avantilaw.com<br>ralvarez@avantilaw.com | PHAM HARRISON, LLP<br>Lu Pham (TX Bar No. 15895430)<br>Spencer Mainka (TX Bar No. 24116707)<br>Attorneys for Defendant<br>505 Pecan St., Suite 200<br>Fort Worth, Texas 76102<br>(817) 632-6300<br>lpham@phamharrison.com<br>smainka@phamharrison.com<br><br>JACKSON LEWIS P.C.<br>Timothy J. Ryan (P40990)<br>Benjamin D. Wu (P85635)<br>Attorneys for Defendant<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>timothy.ryan@jacksonlewis.com<br>benjamin.wu@jacksonlewis.com |

**ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES**

    This matter having come before the Court on the stipulation of the parties and the Court being otherwise duly advised in the premise:

IT IS HEREBY ORDERED that this case be and is hereby dismissed with prejudice and without costs or fees.

IT IS SO ORDERED.

Dated: __October 22, 2024__, 2024

    __/s/ Ray Kent_____
RAY KENT
U.S. Magistrate Judge

So Stipulated:

*/s/ Robert Alvarez*
AVANTI LAW GROUP, PLLC
Robert Anthony Alvarez (P66954)
Attorneys for Plaintiff
600 28th St. SW
Wyoming, MI 49509
(616) 257-6807
ralvarez@avantilaw.com

/s/ *Spencer Mainka*
PHAM HARRISON, LLP
Lu Pham (TX Bar No. 15895430)
Spencer Mainka (TX Bar No. 24116707)
Attorneys for Defendant
505 Pecan St., Suite 200
Fort Worth, Texas 76102
(817) 632-6300
lpham@phamharrison.com
smainka@phamharrison.com

/s/ *Benjamin D. Wu*
JACKSON LEWIS P.C.
Timothy J. Ryan (P40990)
Benjamin D. Wu (P85635)
Attorneys for Defendants
2000 Town Center, Suite 1650
Southfield, Michigan 48075
(248) 936-1900
timothy.ryan@jacksonlewis.com
benjamin.wu@jacksonlewis.com